JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWOOD & WONG PRODUCE, INC., a California corporation; MORITA PRODUCE CO., INC. a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>F & F BUSINESS MANAGEMENT SERVICES, INC., a corporation d/b/a F & F PRODUCE; FARSHAD HEDAYATI, an individual,<br><br>　　　　　　Defendants. | CASE NO. CV 12-10123 MMM (RZx)<br><br>JUDGMENT FOR PLAINTIFFS |

　　　On June 13, 2009, Underwood & Wong Produce, Inc. and Morita Produce Co., Inc. filed a motion for entry of default judgment under Rule 55(b) of the Federal Rules of Civil Procedure. On September 10, 2013, the court issued an order granting plaintiffs' motion. Accordingly,

　　　IT IS ORDERED AND ADJUDGED

　　　1. That plaintiffs recover unpaid principal in the amount of $83,238.60 ($40,343.20 to Underwood and $42,895.40 to Morita);

　　　2. That plaintiffs recover prejudgment interest in the amount of $22,879.76 ($10,996.63 to Underwood and $11,883.13 to Morita);

  3. That plaintiffs recover attorneys' fees in the amount of $5,722,37;

  4. That plaintiffs recover costs in the amount of $863.64;

  4. That the judgment bear post-judgment interest at a rate of 18% per year; and

  5. That the action be, and it hereby is, dismissed.

DATED: September 10, 2013

                /s/ Margaret M. Morrow
                MARGARET M. MORROW
                UNITED STATES DISTRICT JUDGE